IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| [1] HUMBERTO MORALES<br>    a/k/a "PELON" | No. 3:21-00022 |
| [2] JOSE ALVARADO | 18 U.S.C. § 2 |
| | 18 U.S.C. § 875(c) |
| [3] OSCAR AVELAR ANGUIANO<br>    a/k/a "CHUCKY" | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 922(g)(3) |
| [4] KIM LAMONT BIRDSONG<br>    a/k/a "BIRD" | 18 U.S.C. § 922(o) |
| | 18 U.S.C. § 924 |
| [5] TERRANCE MARQUETTE BOBO | 18 U.S.C. § 924(c)(1)(A) |
| | 18 U.S.C. § 1201(a)(1) |
| [6] AVIGAEL CRUZ<br>    a/k/a "TRAVIESO" | 18 U.S.C. § 1201(c) |
| | 18 U.S.C. § 1956(h) |
| [7] BILLY CRUZ<br>    a/k/a "PEE WEE" | 18 U.S.C. § 1958 |
| | 21 U.S.C. § 841(a)(1) |
| [8] RICARDO DAVALOS MARTINEZ | 21 U.S.C. § 843(b) |
| | 21 U.S.C. § 846 |

[9] AUSTIN DODD
    a/k/a "CHUCKY"

[10] MARIO GARCIA FLORES
    a/k/a "CHRISTHIAN COLMENARES-RUIZ"
    a/k/a "CHRISTHIAN COLMENARES"

[11] DAVID KU

[12] JACOB LEE,
    a/k/a "GRENAS,"

[13] JUSTIN BLAKE LEE
    a/k/a "CHINO"

[14] ARMANDO LOPEZ
    a/k/a "MANDO"

[15] TIFFANY MESSICK

[16] KEVIN OLIVA-HERNANDEZ

[17] STACY OWENS

[18] KORRINE PARKER

[19] MAGDIEL PINA RAMIREZ

    a/k/a "BIG SHOW"

[20] LUIS RAMIREZ ESCUDERO

[21] JAIRO ROSTRAN
    a/k/a "POFFI"

[22] JESSE SANCHEZ
    a/k/a "PAPI"
    a/k/a "BORI"

[23] PHILLIP CHRISTOPHER SMITH
    a/k/a "FELIPE"
    a/k/a "EFE"

[24] JASMINE TAYLOR

[25] KEVIN TIDWELL
    a/k/a "MIKLO"

[26] MELINDA TIDWELL

[27] ERIKA VASQUEZ
a/k/a "CHULA"

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

Beginning on a date unknown to the Grand Jury, but since at least January 2018, and continuing up through and including the present, in the Middle District of Tennessee and elsewhere, **[1] HUMBERTO MORALES, a/k/a "PELON," [2] JOSE ALVARADO, [3] OSCAR AVELAR ANGUIANO, a/k/a "CHUCKY," [4] KIM LAMONT BIRDSONG, a/k/a "BIRD," [5] TERRANCE MARQUETTE BOBO, [6] AVIGAEL CRUZ, a/k/a "TRAVIESO," [7] BILLY CRUZ, a/k/a "PEE WEE," [8] RICARDO DAVALOS MARTINEZ, [9] AUSTIN DODD, a/k/a "CHUCKY," [10] MARIO GARCIA FLORES, a/k/a "CHRISTIAN COLMENARES-RUIZ," a/k/a "CHRISTIAN COLMENARES," [11] DAVID KU, [12] JACOB LEE, a/k/a "GRENAS," [13] JUSTIN BLAKE LEE, a/k/a**

"CHINO," [14] ARMANDO LOPEZ, a/k/a "MANDO," [15] TIFFANY MESSICK, [16] KEVIN OLIVA-HERNANDEZ, [17] STACY OWENS, [18] KORRINE PARKER, [19] MAGDIEL PINA RAMIREZ, a/k/a "BIG SHOW," [20] LUIS RAMIREZ ESCUDERO, [21] JAIRO ROSTRAN, a/k/a "POFFI," [22] JESSE SANCHEZ, a/k/a "PAPI," a/k/a "BORI," [23] PHILLIP CHRISTOHER SMITH, a/k/a "FELIPE," a/k/a "EFE," [24] JASMINE TAYLOR, [25] KEVIN TIDWELL, a/k/a "MIKLO," [26] MELINDA TIDWELL, and [27] ERIKA VASQUEZ, a/k/a "CHULA," did combine, conspire, confederate, and agree with each other, and with others known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute, controlled substances, including one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, and quantities of other controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

COUNT TWO

THE GRAND JURY FURTHER CHARGES:

THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, but since at least January 2018, and continuing up through and including the present, in the Middle District of Tennessee and

elsewhere, **[1] HUMBERTO MORALES, a/k/a "PELON," [2] JOSE ALVARADO, [5] TERRANCE MARQUETTE BOBO, [6] AVIGAEL CRUZ, a/k/a "TRAVIESO," [7] BILLY CRUZ, a/k/a "PEE WEE," [8] RICARDO DAVALOS MARTINEZ, [9] AUSTIN DODD, a/k/a "CHUCKY," [10] MARIO GARCIA FLORES, a/k/a "CHRISTHIAN COLMENARES-RUIZ," a/k/a "CHRISTHIAN COLMENARES," [11] DAVID KU, [12] JACOB LEE, a/k/a "GRENAS," [13] JUSTIN BLAKE LEE, a/k/a "CHINO," [14] ARMANDO LOPEZ, a/k/a "MANDO," [15] TIFFANY MESSICK, [16] KEVIN OLIVA-HERNANDEZ, [18] KORRINE PARKER, [19] MAGDIEL PINA RAMIREZ, a/k/a "BIG SHOW," [21] JAIRO ROSTRAN, a/k/a "POFFI," [22] JESSE SANCHEZ, a/k/a "PAPI" a/k/a "BORI," [23] PHILLIP CHRISTOPHER SMITH, a/k/a "FELIPE," a/k/a "EFE," [24] JASMINE TAYLOR, [25] KEVIN TIDWELL, a/k/a "MIKLO," [26] MELINDA TIDWELL, and [27] ERIKA VASQUEZ, a/k/a "CHULA,"** did knowingly combine, conspire, and agree with each other, and with others known and unknown to the Grand Jury, to commit the following offenses against the United States, in violation of Title 18, United States Code, Section 1956:

    a.    Knowingly conducting and attempting to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, distribution and possession with the intent to distribute controlled substances, and conspiracy to commit the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, with the intent to promote the carrying on of specified unlawful activity, that is distribution and possession with the intent to distribute controlled substances, and conspiracy to commit the same;

    b.    Knowingly conducting and attempting to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified

unlawful activity, that is, distribution and possession with the intent to distribute controlled substances, and conspiracy to commit the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, with the intent to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity; and

    c.    While conducting and attempting to conduct such financial transactions described above, the charged defendants knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity.

In violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

## MANNER AND MEANS

The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

    a.    Obtaining and sending names of people in Mexico and within the United States to whom proceeds related to the distribution of controlled substances was sent;

    b.    Transferring proceeds related to the distribution of controlled substances by wire transfers, bank deposits, cash, electronic CashApp transfers, the U.S. Postal Service, couriers, and other means to Mexico and within the United States;

    c.    Tracking, collecting, and accounting for drug-related debts;

    d.    Using telephones and encrypted communications to aid in the distribution of and possession with intent to distribute controlled substances, and in organizing and verifying the transfer of proceeds related to the distribution of controlled substances;

    e.    Mailing and otherwise transporting controlled substances;

f. Paying for operating expenses such as paying co-conspirators, paying for shipment expenses, paying for bail and legal services, and paying for firearms; and

g. Using violence to collect drug-related debts and to punish violations relating to loss, theft, or mishandling of proceeds related to the distribution of controlled substances.

All in violation of Title 18, United States Code, Section 1956(h).

COUNT THREE

THE GRAND JURY FURTHER CHARGES:

Beginning on a date unknown to the Grand Jury, but since at least January 2018, and continuing up through and including the present, in the Middle District of Tennessee and elsewhere, **[1] HUMBERTO MORALES, a/k/a "PELON," [2] JOSE ALVARADO, [3] OSCAR AVELAR ANGUIANO, a/k/a "CHUCKY," [4] KIM LAMONT BIRDSONG, a/k/a "BIRD," [5] TERRANCE MARQUETTE BOBO, [6] AVIGAEL CRUZ, a/k/a "TRAVIESO," [7] BILLY CRUZ, a/k/a "PEE WEE," [8] RICARDO DAVALOS MARTINEZ, [9] AUSTIN DODD, a/k/a "CHUCKY," [10] MARIO GARCIA FLORES, a/k/a "CHRISTHIAN COLMENARES-RUIZ," a/k/a "CHRISTHIAN COLMENARES," [11] DAVID KU, [12] JACOB LEE, a/k/a "GRENAS," [13] JUSTIN BLAKE LEE, a/k/a "CHINO," [14] ARMANDO LOPEZ a/k/a "MANDO," [15] TIFFANY MESSICK, [16] KEVIN OLIVA-HERNANDEZ, [17] STACY OWENS, [18] KORRINE PARKER, [19] MAGDIEL PINA RAMIREZ, a/k/a "BIG SHOW," [20] LUIS RAMIREZ ESCUDERO, [21] JAIRO ROSTRAN, a/k/a "POFFI," [22] JESSE SANCHEZ, a/k/a "PAPI," a/k/a "BORI," [23] PHILLIP CHRISTOPHER SMITH, a/k/a "FELIPE," a/k/a "EFE," [24] JASMINE TAYLOR, [25] KEVIN TIDWELL, a/k/a "MIKLO," [26] MELINDA TIDWELL, and [27] ERIKA VASQUEZ, a/k/a "CHULA,"** did knowingly and intentionally use any communication

facility, including: encrypted communication services, telephones, mobile devices, the United States Mail and commercial parcel delivery services, in committing, causing, and facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 841(a)(1) and 846, that is, distribution of controlled substances and possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

Beginning on a date unknown to the Grand Jury, but since at least January 2018, and continuing up through and including the present, in the Middle District of Tennessee and elsewhere, **[1] HUMBERTO MORALES, a/k/a "PELON," [2] JOSE ALVARADO, [4] KIM LAMONT BIRDSONG, a/k/a "BIRD," [5] TERRANCE MARQUETTE BOBO, [6] AVIGAEL CRUZ, a/k/a "TRAVIESO," [7] BILLY CRUZ, a/k/a "PEE WEE," [9] AUSTIN DODD, a/k/a "CHUCKY," [10] MARIO GARCIA FLORES, a/k/a "CHRISTHIAN COLMENARES-RUIZ," a/k/a "CHRISTIAN COLMENARES," [11] DAVID KU, [12] JACOB LEE, a/k/a "GRENAS," [13] JUSTIN BLAKE LEE, a/k/a "CHINO," [14] ARMANDO LOPEZ, a/k/a "MANDO," [15] TIFFANY MESSICK, [16] KEVIN OLIVA-HERNANDEZ, [19] MAGDIEL PINA RAMIREZ, a/k/a "BIG SHOW," [21] JAIRO ROSTRAN, a/k/a "POFFI," [22] JESSE SANCHEZ, a/k/a "PAPI," a/k/a "BORI," [23] PHILLIP CHRISTOPHER SMITH, a/k/a "FELIPE," a/k/a "EFE," [24] JASMINE TAYLOR, [25] KEVIN TIDWELL, a/k/a "MIKLO," [26] MELINDA TIDWELL,** and **[27] ERIKA VASQUEZ, a/k/a "CHULA,"** knowingly possessed a firearm in furtherance of a drug

trafficking crime for which they may be prosecuted in a court of the United States, that is conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 841 and 846, as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

Between on or about February 21, 2019, through on or about February 25, 2019, in the Middle District of Tennessee, **[1] HUMBERTO MORALES, a/k/a "PELON,"** knowingly and willfully did transmit in interstate and foreign commerce from within the Middle District of Tennessee, to a location in Mexico, communications, to wit: telephone calls and text messages sent through WhatsApp, an encrypted communication service, to [19] MAGDIEL PINA RAMIREZ a/k/a "BIG SHOW" (who is not a defendant in this charge), and the communication contained a threat to injure, and murder [19] MAGDIEL PINA RAMIREZ a/k/a "BIG SHOW," and members of his family.

In violation of Title 18, United States Code, Section 875(c).

## COUNT SIX

THE GRAND JURY FURTHER CHARGES:

Between on or about February 19, 2019, through on or about April 4, 2019, in the Middle District of Tennessee, **[1] HUMBERTO MORALES, a/k/a "PELON," [4] KIM LAMONT BIRDSONG, a/k/a "BIRD,"** and others known and unknown to the Grand Jury, used and caused another person to use facilities of interstate commerce, including motor vehicles, cellular telephones, and encrypted messaging services, with the intent that the murder of Victim J.M., a/k/a "Pancho," a/k/a "Mekaniko," be committed against the laws of the State of Tennessee and the United States, as consideration for the receipt of, and as consideration for a promise and agreement

to pay, things of pecuniary value, to wit: cash, controlled substances, and the cancellation of drug-related debt, resulting in personal injury to Victim J.M., a/k/a "Pancho," a/k/a "Mekaniko," when he was shot multiple times on April 4, 2019.

In violation of Title 18, United States Code, Sections 1958 and 2.

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES:

On or about March 9, 2019, through on or about March 10, 2019, in the Middle District of Tennessee, **[1] HUMBERTO MORALES, a/k/a "PELON,"** and **[13] JUSTIN BLAKE LEE, a/k/a "CHINO,"** did knowingly and intentionally attempt to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 846 and Title 18, United States Code, Section 2.

## COUNT EIGHT

THE GRAND JURY FURTHER CHARGES:

On or about March 9, 2019, through on or about March 10, 2019, in the Middle District of Tennessee and, **[1] HUMBERTO MORALES, a/k/a "PELON,"** and **[13] JUSTIN BLAKE LEE, a/k/a "CHINO,"** knowingly possessed a firearm in furtherance of a drug trafficking crime for which each of them may be prosecuted in a court of the United States, that is attempted possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Seven of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT NINE

THE GRAND JURY FURTHER CHARGES:

On or about July 26, 2019, in the Middle District of Tennessee and elsewhere, **[1] HUMBERTO MORALES, a/k/a "PELON," [13] JUSTIN BLAKE LEE, a/k/a "CHINO," and [22] JESSE SANCHEZ, a/k/a "PAPI," a/k/a "BORI,"** did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TEN

THE GRAND JURY FURTHER CHARGES:

On or about July 26, 2019, in the Middle District of Tennessee and elsewhere, **[1] HUMBERTO MORALES, a/k/a "PELON," [13] JUSTIN BLAKE LEE, a/k/a "CHINO," and [22] JESSE SANCHEZ, a/k/a "PAPI," a/k/a "BORI,"** knowingly possessed a firearm in furtherance of a drug trafficking crime for which each of them may be prosecuted in a court of the United States, that is possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Nine of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT ELEVEN

THE GRAND JURY FURTHER CHARGES:

On or about July 26, 2019, in the Middle District of Tennessee, **[13] JUSTIN BLAKE LEE, a/k/a "CHINO,"** knowing he had been previously convicted in any court of a crime

punishable by imprisonment for a term exceeding one (1) year, knowingly possessed a firearm, to wit: a Star, Bonifacio Echeverria, Model Super, 9mm pistol, an HS Produkt (IM Metal), Model XDS, 9mm pistol, and an Intratec, Model AB10, 9mm pistol, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT TWELVE

THE GRAND JURY FURTHER CHARGES:

On or about November 3, 2019, in the Middle District of Tennessee and elsewhere, **[1] HUMBERTO MORALES, a/k/a "PELON,"** and **[16] KEVIN OLIVA-HERNANDEZ,** did combine, conspire, confederate, and agree with each other, and with others known and unknown to the Grand Jury, to unlawfully seize, confine, kidnap, abduct, carry away, and hold Victim J.S. for the purpose of punishing her for losing an amount of drug proceeds by cutting off her hand, and in committing or in furtherance of the commission of the offense, used any means, facility, and instrumentality of interstate or foreign commerce, to wit: motor vehicles, cellular telephones, and other modes of communication, in violation of Title 18, United States Code, Section 1201(a)(1).

## MANNER AND MEANS

In furtherance of the conspiracy and to effect the objects thereof, the defendants and their co-conspirators performed the following overt acts, among others:

    a.    **[1] HUMBERTO MORALES, a/k/a "PELON,"** intimidated Victim J.S. after being advised that Victim J.S. had lost an amount of drug proceeds;

    b.    Transported Victim J.S. in various vehicles to an area in Nashville, Tennessee;

c.  **[16] KEVIN OLIVA-HERNANDEZ,** and at least one other co-conspirator, while armed with at least one firearm, arrived at the location to which Victim J.S. had been transported;

d.  Cut off Victim J.S.'s left hand with a hatchet;

e.  Recorded the maiming of Victim J.S. by taking photographs and video on a cellular telephone; and

f.  Sent the photographs and video documenting the attack on Victim J.S. through an encrypted communication service on a cellular telephone.

All in violation of Title 18, United States Code, Section 1201(c).

## COUNT THIRTEEN

THE GRAND JURY FURTHER CHARGES:

On or about November 3, 2019, in the Middle District of Tennessee and elsewhere, **[1] HUMBERTO MORALES, a/k/a "PELON,"** and **[16] KEVIN OLIVA-HERNANDEZ,** together and with others known and unknown to the Grand Jury, did knowingly and unlawfully seize, confine, kidnap, abduct, carry away, and hold Victim J.S. for the purpose of punishing her for losing a substantial amount of drug proceeds by cutting off her hand, and, in committing or in furtherance of the commission of the offense, used any means, facility, and instrumentality of interstate or foreign commerce, to wit: motor vehicles and cellular telephones.

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

## COUNT FOURTEEN

THE GRAND JURY FURTHER CHARGES:

On or about August 10, 2020, in the Middle District of Tennessee, **[16] KEVIN OLIVA-HERNANDEZ** and **[21] JAIRO ROSTRAN, a/k/a "POFFI,"** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a

detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIFTEEN

THE GRAND JURY FURTHER CHARGES:

On or about August 10, 2020, in the Middle District of Tennessee, **[16] KEVIN OLIVA-HERNANDEZ and [21] JAIRO ROSTRAN, a/k/a "POFFI,"** knowingly possessed a firearm in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is possession with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Fourteen of this Indictment, and the firearm was a machinegun.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT SIXTEEN

THE GRAND JURY FURTHER CHARGES:

On or about August 10, 2020, in the Middle District of Tennessee, **[16] KEVIN OLIVA-HERNANDEZ,** knowing he was an unlawful user of or addicted to any controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess, in and affecting

commerce, a firearm, to wit, a Glock Model 17 pistol, a Magnum Research INC, Model Desert Eagle .44 Caliber pistol, and an Anderson Manufacturing model AM-15 multi-caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924.

## COUNT SEVENTEEN

THE GRAND JURY FURTHER CHARGES:

On or about August 10, 2020, in the Middle District of Tennessee, **[16] KEVIN OLIVA-HERNANDEZ**, did knowingly possess a machinegun, that is, a Glock Model 17 pistol, modified with a conversion device that converted the firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

In violation of Title 18, United States Code, Sections 922(o) and 924.

## COUNT EIGHTEEN

THE GRAND JURY FURTHER CHARGES:

On or about February 7, 2021, in the Middle District of Tennessee and elsewhere, **[3] OSCAR AVELAR ANGUIANO, a/k/a "CHUCKY," [18] KORRINE PARKER,** and **[20] LUIS RAMIREZ ESCUDERO,** did knowingly and intentionally attempt to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

THE GRAND JURY FURTHER CHARGES:

1. The allegations contained in this Indictment are re-alleged and incorporated by

reference as if fully set forth in support of this forfeiture.

2. Upon conviction of Counts Four, Eight, Ten, or Fifteen of this Indictment, **[1] HUMBERTO MORALES, a/k/a "PELON," [2] JOSE ALVARADO, [4] KIM LAMONT BIRDSONG, a/k/a "BIRD," [5] TERRANCE MARQUETTE BOBO, [6] AVIGAEL CRUZ, a/k/a "TRAVIESO," [7] BILLY CRUZ, a/k/a "PEE WEE," [9] AUSTIN DODD, a/k/a "CHUCKY," [10] MARIO GARCIA FLORES, a/k/a "CHRISTHIAN COLMENARES-RUIZ," a/k/a "CHRISTHIAN COLMENARES," [11] DAVID KU, [12] JACOB LEE, a/k/a "GRENAS," [13] JUSTIN BLAKE LEE, a/k/a "CHINO," [14] ARMANDO LOPEZ, a/k/a "MANDO," [15] TIFFANY MESSICK, [16] KEVIN OLIVA-HERNANDEZ, [19] MAGDIEL PINA RAMIREZ, a/k/a "BIG SHOW," [21] JAIRO ROSTRAN, a/k/a "POFFI," [22] JESSE SANCHEZ, a/k/a "PAPI," a/k/a "BORI," [23] PHILLIP CHRISTOPHER SMITH, a/k/a "FELIPE," a/k/a "EFE," [24] JASMINE TAYLOR, [25] KEVIN TIDWELL, a/k/a "MIKLO," [26] MELINDA TIDWELL,** and **[27] ERIKA VASQUEZ, a/k/a "CHULA,"** shall forfeit any firearm or ammunition including but not limited to the firearms or ammunition listed below, to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c):

    a. any firearm or ammunition involved in or used in a knowing violation of the offense; and

    b. any firearm or ammunition intended to be used in the offense where such intent is demonstrated by clear or convincing evidence.

3. The firearms and ammunition sought for forfeiture include:

    a. A Star, Bonifacio Echeverria, Model Super, 9mm pistol, seized on July 26, 2019;

    b. An HS PRODUKT (IM METAL) Model XDS, 9mm pistol, seized on July

26, 2019;

c. An Intratec, Model AB10, 9mm pistol, seized on July 26, 2019;

d. A Weihrauch Hermann, Model EA/R, .357 caliber revolver, and one hundred rounds of miscellaneous ammunition, seized on July 27, 2020;

e. A Glock, Model 17GEN5, 9mm pistol, with auto-sear, seized on August 10, 2020;

f. A Magnum Research Inc., Model Desert Eagle, .44 caliber pistol, seized August 10, 2020;

g. An Anderson Manufacturing, Model AM-15, multi-caliber pistol, seized on August 10, 2020; and

h. Ammunition and magazines associated with the firearms described above.

4. Upon conviction of Count Eleven or Sixteen of this Indictment, **[13] JUSTIN BLAKE LEE a/k/a "CHINO,"** and **[16] KEVIN OLIVA-HERNANDEZ,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in a knowing violation of the offense, that is:

a. A Star, Bonifacio Echeverria, Model Super, 9mm pistol, seized on July 26, 2019;

b. An HS PRODUKT (IM METAL) Model XDS, 9mm pistol, seized on July 26, 2019;

c. An Intratec, Model AB10, 9mm pistol, seized on July 26, 2019;

d. A Glock, Model 17GEN5, 9mm pistol, with auto-sear, seized on August 10, 2020;

e. A Magnum Research Inc., Model Desert Eagle, .44 caliber pistol, seized on

August 10, 2020;

f.     An Anderson Manufacturing, Model AM-15, multi-caliber pistol, seized on August 10, 2020; and

g.     Ammunition and magazines associated with the firearms described above.

A TRUE BILL

_____
FOREPERSON

MARY JANE STEWART
ACTING UNITED STATES ATTORNEY

SUNNY A.M. KOSHY
SPECIAL ASSISTANT UNITED STATES ATTORNEY