CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>Nashville</u> DIVISION

Indictment (X)
Complaint ( )
Information ( )
Felony (**X**)
Misdemeanor ( )
Juvenile ( )

County of Offense: <u>Davidson</u>
**SAUSA** NAME: <u>Sunny A.M. Koshy</u>

Reviewed by SAUSA: _____
(Initials)

**[1] Humberto Morales a/k/a Pelon**
Defendant's Full Name

_____ _____ _____ _____
Defendant's Address

Interpreter Needed? _____ Yes **X** No

If Yes, what language? _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 21 USC § 846 | Drug trafficking conspiracy involving 1 kilogram or more of heroin, 500 grams or more of a mixture and substance containing methamphetamine, 400 grams or more of a mixture or substance containing fentanyl, and quantities of cocaine, marijuana, and other controlled substances | NLT 10 years NMT Life | $10,000,000 |
| 2 | 18 USC § 1956(h) | Conspiracy to commit money laundering with intent to further and with intent to disguise | 20 years | $500,000 |
| 3 | 21 USC § 843(b) | Use of communication facilities in committing a drug trafficking felony | 4 years | $250,000 |
| 4 | 18 USC § 924(c)(1)(A) and 2 | Possession of a firearm in furtherance of a drug trafficking felony | Mandatory consecutive NLT 5 years NMT Life | $250,000 |
| 5 | 18 USC § 875(c) | Interstate communication of a threat | 5 years | $250,000 |
| 6 | 18 USC §§ 1958 and 2 | Use of interstate communication facilities in murder-for-hire | 20 years | $250,000 |
| 7 | 21 USC § 841(a)(1) | Attempt to possess with intent to | NLT 10 years | $10,000,000 |

| | | | | |
|---|---|---|---|---|
| | , 846 and 18 USC § 2 | distribute 500 grams or more of a mixture and substance containing methamphetamine | NMT Life | |
| 8 | 18 USC § 924(c)(1)(A) and 2 | Possession of a firearm in furtherance of a drug trafficking felony | Mandatory consecutive NLT 5 years NMT Life | $250,000 |
| 9 | 21 USC § 841(a)(1) and 18 USC § 2 | Possession with intent to distribute 100 grams or more of a mixture and substance containing heroin and 400 grams or more of a mixture and substance containing fentanyl | NLT 10 year NMT Life | $10,000,000 |
| 10 | 18 USC § 924(c)(1)(A) and 2 | Possession of a firearm in furtherance of a drug trafficking felony | Mandatory consecutive NLT 5 years NMT Life | $250,000 |
| 12 | 18 USC § 1201(c) | Conspiracy to commit kidnapping | Up to life | $250,000 |
| 13 | 18 USC § 1201(a)(1) and 2 | Kidnapping | Up to life | $250,000 |

*If the defendant is found to be an Armed Career Criminal, pursuant to 18 U.S.C. § 924(e), defendant will be subject to a term of imprisonment of between 15 years to life.

**A charge pursuant to 8 U.S.C. § 1326, may carry a maximum sentence of one of the following: (1) up to 2 years; (2) up to 10 years; or (3) up to 20 years, depending upon a defendant's criminal and removal history.

Is the defendant currently in custody? Yes ( X ) No ( )   If yes, **State** or Federal?  Writ requested  ( X )

Has a complaint been filed?         Yes ( )    No   ( X )
    If Yes: Name of the Magistrate Judge _____ Case No.: _____
    Was the defendant arrested on the complaint?         Yes ( )    No   ( )

Has a search warrant been issued?    Yes ( )    No   ( X )
    If Yes: Name of the Magistrate Judge _____ Case No.: _____

Was bond set by Magistrate/District Judge? Yes ( )    No   ( X )    Amount of bond: _____

Is this a Rule 20?    Yes ( ) No ( X )    To/from what district?_____
Is this a Rule 40?    Yes ( ) No ( X )    To/from what district?_____

Estimated trial time:  6 weeks

The Clerk will issue a **Warrant**    (Note:  If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ( X )   No ( )     Recommended conditions of release:
_____
_____
_____