# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:21-cr-00022 |
| HUMBERTO MORALES, et al., | ) |
| Defendants. | ) |

## ORDER

Defendants Motions to Join Motions (Doc. Nos. 1137, 1139 and 1150) does not take into account the Court's judicial preference that "Counsel should never incorporate or join the motion of another party. Unless the Court gives prior approval, each motion must explain how it applies to a specific party and how that party is entitled to relief." https://www.tnmd.uscourts.gov/content/chief-district-judge-crenshaw. Adopting or incorporating the arguments of another defendant inevitably forces the court to speculate about the defendants arguments, which the court will not do. Doc. Nos. 1137, 1139 and 1150 shall be **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE