UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) No. 3:21-cr-00022 |
| HUMBERTO MORALES, et al. | ) |

### ORDER

United States Unopposed Motion to Continue Exhibit Review (Doc. No. 1377) is **GRANTED**, and the exhibit review currently scheduled from May 31, 2023 through June 2, 2023, is CONTINUED to **July 7, 10** and **11, 2023**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE